| | |
|---|---|
| FRANK KEVIN KENNEDY | UNITED STATES DISTRICT COURT |
| VERSUS | SOUTHERN DISTRICT OF TEXAS |
| SHELL USA, INC., ET AL | CIVIL NUMBER: 4:22-cv-04023 |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Plaintiff, Frank Kevin Kennedy, Individually, by and through his attorney, Patrick Daniel of Patrick Daniel Law files this Disclosure of Interested Parties set forth below per the Federal Rules of Civil Procedure 7.1:

The name of each person, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested tin the outcome of this litigation:

1. Frank Kevin Kennedy
2. Kristen Kennedy
3. Jacob Kennedy

Respectfully:

PATRICK DANIEL LAW

*[signature]*

PATRICK DANIEL
Trial Attorney   Counsel For Plaintiff(s)

| Louisiana Bar Number 27753 | Texas Bar Number 24089305 | Wisconsin Bar Number:1117666 |

CERTIFICATE OF SERVICE

This pleading was served on all counsel of record via the CM/ECF System

MAILING|7941 KATY FREEWAY, BOX 791; HOUSTON, TEXAS 77024
PHYSICAL|4801 WOODWAY DRIVE, SUITE 440-W, HOUSTON, TEXAS 77056
TELEPHONE: 713.999.6666        TELEFAX: 713.481.9884        patrick@patrickdaniellaw.com