UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AVERY STINSON, ET AL, § § *Plaintiffs,* § § v. § § UNITED STATES POSTAL SERVICE, § ET AL, § § *Defendants.* § | CIVIL ACTION NO. H: 22-cv-1775 |

AMENDED CERTIFICATE OF INTERESTED PARTIES

NOW COMES Plaintiff, Avery Stinson, individually by and through his attorney Patrick Daniel of Patrick Daniel law, files this Amended Certificate of Interested Parties. The following parties/persons are known to have an interest in the outcome of this matter: Patrick Daniel of Patrick Daniel Law, Avery Stinson, individually and as next friend of his minor children named Nayeli Stinson, Izyana Stinson, Amaziah Stinson and Shantay Sampson.

Respectfully submitted,

Patrick Daniel Law

By: _____
Patrick Daniel
TX SBN: 24089305
LA SBN: 27753
WI SBN: 1117666
4801 Woodway Drive, Suite 440-W
Houston, Texas 77056
Ph: (713) 999-6666
Fax: (713) 481-9884
patrick@patrickdaniellaw.com

ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was electronically served through the court's ECM/CF system on this 9th day of December 2022, to the following:

Fred T. Hinrichs
Assistant U.S. Attorney
1000 Louisiana, Suite 2300
Houston, Texas  77002

/s/ Patrick Daniel
_____
Attorney for Plaintiff